IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**

**FEB 2 0 2014**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CRIMINAL NO. 14-30034-MJR |
| KEVIN LAMAR SMITH, | ) Title 18 United States Code |
| Defendant. | ) Sections 922(g)(1) and 924(d) ) ) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**(Felon in Possession of a Firearm)**

On or about November 17, 2013, in St. Clair County, within the Southern District of Illinois,

**KEVIN LAMAR SMITH,**

defendant herein, having previously been convicted of a felony punishable by imprisonment for a term exceeding one year, namely: Residential Burglary, in the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois, on March 3, 2009, in Case No. 08-CF-1227, did knowingly possess, in or affecting commerce, a firearm, to wit: a .45 Caliber Hi-Point semiautomatic pistol, Model JHP45, bearing serial number X4162834, in violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this indictment,

**KEVIN LAMAR SMITH,**

shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and any and all ammunition contained within the firearms or seized with the firearms and involved in or used

in any knowing violation of 18 U.S.C. § 922(g)(1), including, but not limited to, the following:

.45 Caliber Hi-Point semiautomatic pistol, Model JHP45, bearing serial number X4162834, and any and all ammunition contained within the pistol or seized with the pistol.

**A TRUE BILL**

*Ali Summers*
ALI SUMMERS
Assistant United States Attorney

*Stephen Wigginton*
STEPHEN R. WIGGINTON
United States Attorney

Recommended Bond: DETENTION