**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 14-CR-30034-MJR** |
| | ) | |
| **KEVIN LAMAR SMITH,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MEMORANDUM & ORDER ADOPTING REPORT
### &
### RECOMMENDATION & ACCEPTING DEFENDANT'S GUILTY PLEA

**REAGAN, District Judge:**

On February 20, 2015, the parties appeared before the Honorable Stephen C. Williams, United States Magistrate Judge.  Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant entered a guilty plea to Count 1 of the one count indictment.  That same day, Judge Williams notified the parties that any objection to his Report and Recommendation (recommending Defendant's guilty plea be accepted) would be due on or before March 9, 2015 (Doc. 39).

No objections were filed by either party prior to the deadline.  Accordingly, the Court **ADOPTS** in its entirety the Report and Recommendation (Doc. 39), **ACCEPTS** Defendant Smith's guilty plea, and **ADJUDGES** Defendant Smith guilty of the offenses set forth therein.  The Court notes that a pre-plea pre-sentence report has already been

prepared, and **ORDERS** the United States Probation Office to work with the parties if revisions are necessary.  The Court **CONFIRMS** that sentencing remains set for May 28, 2015, at 11:00 a.m.

**IT IS SO ORDERED.**

**DATED:**        <u>March 11, 2015</u>

<u>*s/ Michael J. Reagan*</u>
**MICHAEL J. REAGAN**
United States District Judge